**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JESÚS RAFAEL MEDINA-FIERRO,

Petitioner,

v. No. 2:26-cv-00259-MLG-LF

TODD LYONS, Acting Director Immigration
and Customs Enforcement; et al,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Jesús Rafael Medina-Fierro's Petition for a Writ of Habeas Corpus ("Petition"). Doc. 1. The Court, having considered the Petition, having held a hearing on August 26, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the August 26, 2026, hearing, federal Respondents failed to rebut Medina-Fierro's showing that "there is no significant likelihood of removal in the reasonably foreseeable future." *Bejarbaneh v. Mullin*, No. 1:26-CV-01451-MLG-GJF, 2026 WL 1724942, at *2 (D.N.M. June 12, 2026) (internal quotation marks omitted) (quoting *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001)). His continued detention is therefore "unreasonable and no longer authorized by statute." *Id.* (internal quotation marks omitted) (quoting *Zadvydas*, 533 U.S. at 699-700)).

Medina-Fierro shall be released within forty-eight hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents in July 2023 along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA